```
 1  Marcus Daniel Merchasin, SBN 55927
    Attorney and Counselor at Law
 2  582 Market Street, Suite 1400
    San Francisco, California 94104
 3
 4  Telephone Number: 1-415-678-2700
 5  Attorney for Plaintiff
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10
11  JENNIFER L. BROWN,            )  Case No.: CV 08 4760 SC
12             Plaintiffs,         )  STIPULATION OF DISMISSAL
13         v.                      )
                                   )  State Action Filed:   September 18, 2008
14  OREGON MUTUAL INSURANCE        )  Action Removed:       October 16, 2008
    COMPANY, an Oregon corporation, and )
15  DOES 1 through 50, inclusive,  )
                                   )
16             Defendant.          )
17
18       IT IS HEREBY STIPULATED by and between the parties to this action through their
19  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
20  pursuant to FRCP 41(a)(1).
21
22  Dated: September 11, 2009           DATED: September 14, 2009
23
24
25  Marcus Daniel Merchasin, Esq.       Lisa L. Kirk, Esq.
    Attorneys for Plaintiff             Attorneys for Defendant, OREGON
26  JENNIFER L. BROWN                   MUTUAL INSURANCE COMPANY
27
28
```

IT IS SO ORDERED
Judge Samuel Conti

Case No. CV084760SC                                    Stipulation of Dismissal